UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDSTEIN et. al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>                              Defendant. | Case No.:  3:19-CV-1778 JLS (AHG)<br><br>**ORDER (1) GRANTING JOINT MOTION AND STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THIRD AMENDED CLASS ACTION COMPLAINT AND (2) SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 68) |

Presently before the Court is the Parties' Joint Motion and Stipulation to Extend General Motors' LLC's Deadline to Respond and Set Briefing Schedule on its Motion to Dismiss the Third Amended Class Action Complaint (ECF No. 68).  Good cause appearing, the Court **GRANTS** the Motion.  Defendant's response to Plaintiffs' Third Amended Class Action Complaint shall be due <u>on or before April 2, 2021</u>.

As stipulated by the Parties, the Court **SETS** the following briefing schedule on Defendant's forthcoming motion to dismiss: Plaintiffs' opposition brief to Defendant's

///

1

motion to dismiss shall be due <u>on or before April 30, 2021</u>.  Defendant's reply brief in support of its motion to dismiss shall be due <u>on or before May 21, 2021</u>.

**IT IS SO ORDERED.**

Dated:  March 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge