# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDSTEIN et. al., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No.: 3:19-CV-1778 JLS (AHG) <br><br> **ORDER VACATING HEARING** <br><br> (ECF No. 70) |

    Presently before the Court is Defendant General Motors LLC's Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint (ECF No. 70). On its own motion, the Court **VACATES** the hearing currently set for May 27, 2021 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

    **IT IS SO ORDERED.**

Dated: May 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge