# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDSTEIN et. al., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No.:  19-CV-1778 JLS (AHG) <br><br> **ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

    Presently before the Court is Plaintiffs Matt Goldstein, Percy Sutton, Vanessa Rodriguez, and Benito Guzman's Third Amended Complaint (ECF No. 67) against Defendant General Motors LLC.  The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

    **IT IS SO ORDERED.**

Dated:  July 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge